1
 Michelle Malkin; Eric Metaxas; Donald J. Trump for President, Inc.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc. d/b/a Conservative Daily; James Hoft; and TGP Communications LLC, d/b/a The Gateway Pundit; and Petitioner: Rudolph Giuliani, Petitioners/Cross-Respondents v. Eric Coomer, Ph.D. Respondent/Cross-Petitioner No. 24SC317
Supreme Court of Colorado, En Banc
March 17, 2025
 
           Court
 of Appeals Case No. 22CA843
 
 
          
 DENIED PETITIONS FOR WRIT OF CERTIORARI
 
 
          Petitions
 and Cross-Petition for Writ of Certiorari DENIED.